UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUSAN NOWLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:08-CV-00640-DFH-DML |
| HILL-ROM COMPANY, INC., | ) | |
| HILLENBRAND INDUSTRIES, | ) | |
| HILLENBRAND INDUSTRIES | ) | |
| SEVERANCE PAY PLAN FOR | ) | |
| SALARIED EMPLOYEES, | | |
| | | |
| Defendants. | | |

**ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE**

This cause has come before the Court upon the motion of Plaintiffs to continue the settlement conference set for June 2, 2009 in this case.

Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.   The settlement conference is VACATED and RESET for June 23, 2009, at 9:30 a.m., in Room 316.  Counsel shall submit confidential settlement statements via email to JudgeLynchChambers@insd.uscourts.gov on or before June 17, 2009.  All other requirements of the court's February 18, 2009 order setting the settlement conference remain in effect.

05/07/2009

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
Christopher C. Murray:  christopher.murray@ogletreedeakins.com
Martin C. Dolan:  martindolan@dolangriggs.com
Patricia M. Pascone:  patriciampascone@msn.com
Steven F. Pockrass:  steven.pockrass@ogletreedeakins.com