UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN NOWLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HILL-ROM COMPANY, INC., ) <br> HILLENBRAND INDUSTRIES, ) <br> HILLENBRAND INDUSTRIES ) <br> SEVERANCE PAY PLAN FOR ) <br> SALARIED EMPLOYEES, ) <br> ) <br> Defendants. | CASE NO. 1:08-CV-00640-DFH-DML |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice, including all of the parties' claims and counterclaims. Each party shall bear its own costs and attorneys' fees.

DATED this 25th day of September, 2009.

| | |
|---|---|
| DOLAN GRIGGS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By:   s/ Patricia M. Pascone<br>Martin C. Dolan, *pro hac vice*<br>Patricia M. Pascone, *pro hac vice*<br>David H. Griggs, *pro hac vice*<br>DOLAN GRIGGS LLP<br>1130 S.W. Morrison Street, Suite 630<br>Portland, Oregon  97205<br>(503) 228-7500 - Telephone<br>(503) 243-1183 - Facsimile<br>*martindolan@dolangriggs.com*<br>*patriciampascone@msn.com*<br><br>Attorneys for Susan Nowland | By: s/ Christopher C. Murray<br>Steven F. Pockrass, Attorney No. 18836-49<br>Christopher C. Murray, Attorney No. 26221-49<br>111 Monument Circle, Suite 4600<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 916-1300<br>Facsimile:  (317) 916-9076<br>*steven.pockrass@ogletreedeakins.com*<br>*christopher.murray@ogletreedeakins.com*<br><br>Attorneys for Hill-Rom Company, Inc.; Hillenbrand Industries; and  Hillenbrand Industries Severance Plan For Salaried Employees |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 25, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

  Steven F. Pockrass
  Christopher C. Murray
  steven.pockrass@ogletreedeakins.com
  chrisopher.murray@ogletreedeakins.com
  Attorneys for Defendants.

              */s/ Patricia M. Pascone*
              Patricia M. Pascone